AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| GRAZIANO ADAMI, ET AL., | ) | |
| *Plaintiff* | ) ) | 14-cv-07739 |
| v. | ) ) | ~~14-CV-8000~~ |
| THE REPUBLIC OF ARGENTINA | ) ) | Civil Action No. |
| *Defendant* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE REPUBLIC OF ARGENTINA
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, New York  10169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony J. Costantini, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date:  OCT 0 3 2014                                                                *Catherine Lapsley*
                                                                                                    *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X        AFFIDAVIT OF SERVICE
GRAZIANO ADAMI, ET AL.,                                                    File # 14 CV 7739

                                  Plaintiff
  -VS-

THE REPUBLIC OF ARGENTINA
                               Defendant
-----------------------------------------------------------------X
STATE OF NEW YORK )
                     )ss
NEW YORK COUNTY  )

      Anthony Arnold, being duly sworn, deposes and says: Deponent is not a party to this Action and is over 18 years of age and is a resident of the State of New York.

      On September 24, 2014, at approximately 2:50pm , at 225 Park Avenue, New York, NY 10169, Deponent served the within  Summons , Complaint, Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, Related Case Statement upon: **The Republic of Argentina C/o Banco de la Nacion Argentina** by delivering to and leaving with  Gustavo Vianna-Biehler , Assistant Secretary, true and correct copies of the said documents, at the time of said service, Gustavo Vianna-Biehler , stated that he is duly authorized to accept service of legal documents on behalf of **The Republic of Argentina C/o Banco de la Nacion Argentina**

      Gustavo Vianna-Biehler  is described as a white  male, approximately 50-55yrs., of age, 160-170 lbs,. 5'-7'-5'-8' tall, and has graying hair.

*Anthony Arnold* (signature)
Anthony Arnold

Sworn to before me this
September 29th 2014

_____
Notary Public

LORNA A. WOODHAM
Notary Public, State of New York
No. 01WO6103698
Qualified in New York County
Commission Expires January 5, 20 16