**DUANE MORRIS** LLP
By:   Anthony J. Costantini
      Suzan Jo
      Kevin P. Potere
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Graziano Adami, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Republic of Argentina, <br><br> Defendant. | CIVIL ACTION NO. <br> 14 Civ. 7739 (TPG) |

## **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and upon the accompanying Declaration of Anthony J. Costantini, dated February 10, 2015, the Statement of Material Facts, the Memorandum of Law, and the incorporated Declaration of Robert A. Cohen, dated February 3, 2015, and all attached exhibits, filed in *NML Capital, Ltd. v. Republic of Argentina*, 14 Civ. 8601 (TPG) (D.E. # 9), plaintiffs Graziano Adami, Gianfranco Agostini, Milena Ampalla, Allan Applestein TTEE FBO D.C.A. Grantor Trust, Augusto Arcangeli De Felicis, Antonella Bacchiocchi, Alberto Baciucco, Otello Baciucco, Filippo Bagolin, Sara Bartolozzi, Anneliese Gunda Becker, Serenella Belleggia, Giorgio Bennati, Roberto Berardocco, Graziella Berchi, Orsolina Berra, Adriano Bettinelli, Giorgio Bistagnino, Stefano Bistagnino, Graziella Bonadiman, Andrea Bonazzi, Stefania Bonpensiere,

Rachele Bontempi, Marco Borgra, Sergio Borgra, Renata Boscariol, Emanuele Botti, Giovanni Botti, Carlo Bretti, Susanna Bretti, Antonietta Giuseppina Brioschi, Marcello Calanca, Bruno Calmasini, Giuseppina Capezzera, Laura Anna Capurro, Vincenzo Carbone, Carifin S.A., Giovanni Carlotta, Elettra Casalini, Diego Castagna, Marco Cavalli, Carmelina Censi, Gian Francesco Cercato, Alberto Compare, Giovanna Connena, Agostino Consolini, Cesarino Consolini, Maria Luigia Conti, Silvana Corato, Giancarlo Bartolomei Corsi, Francesco Corso, Giuseppina Corso, Laura Cosci, Angelo Cottoni, Monica Crozzoletto, Graziella Dacroce, Tarcisia Dalbosco, Aldo David, Antonio De Francesco, Antonella De Rosa Kunderfranco, Manuela De Rosa Kunderfranco, Eufrosina De Stefano, Adriana Dell'era, Carlo Farioli, Anna Ferri, Giovanna Ferro, Francesco Foggiato, Donatella Zanotti Fragonara, Rinaldo Frisinghelli, Angiolino Fusato, Gabriele Fusato, Felicina Gaioli, Maddalena Gaioli, Gian Carlo Ganapini, Francesco Mauro Ghezzi, Mario Giacometti, Giovanni Giardina, Celestino Goglia, Giulia Greggio, Verna Gualandi, Luisella Guardincerri, Gianfranco Guarini, Raimondo Iallonardo, Innovamedica S.P.A. (F/K/A Mativa S.R.L.) Maritza Lenti, Angelo Leoni, Paolo Lisi, Ugo Lorenzi, Sergio Lovati, Fernanda Angela Lovero, Carmelo Maio, Claudio Mangano, Elide Margnelli, Carla Marini De Felicis Arcangeli, Romano Marton, Mirco Masina, Guglielmina Massara, Bruna Mattioli, Salvatore Melchionda, Masina Mirco Mirco, Simonetta Montanari, Giampaolo Montino, Alessandro Morata, Carla Morata, Maria Rita Moretto, Amato Mori, Claudio Mori, Bruno Pappacoda, Sabrina Parodi, Alfredo Pelli, Franco Pezze, Valerio Piacenza, Pier Luigi Lucibello Piani, Eugenia Re, Alessandra Regoli, Silvia Regoli, Barbara Ricchi, Maria Robbiati, Paola Rosa, Adriano Rosato, Giuseppe Silvio Rossini, Laura Rossini, Raffaele Rossini, Ruggero Rossini, Ines Rota, Hilda Rupprecht, Vincenza Sabatelli, Angelina Salmistraro, Tiziano Sasselli, Marinella Scalvi, Maurizio Sergi, Simona Staccioli, Licia Stampfli-Rosa, Sante Stefani,

Anna Storchi, Studio Legale Bennati, Renate Tielman, Manuelito Toso, Mauro Toso, Valeria Toso, Franco Trentin, Stefania Trentin, Martino Verna, Mario Vicini, Luca Vitali, Vito Zancaner, Giovanni Zanichelli, and Matteo Zanichelli ("Plaintiffs")[1] will move before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting partial summary judgment to Plaintiffs as to the Republic of Argentina's ("Argentina") violation of the Section 1(c) of the 1994 Fiscal Agency Agreement, and for such other relief as the Court deems just and proper.

NOTICE IS FURTHER GIVEN that Argentina's response to this Motion, if any, shall be served within fourteen (14) days after service hereof, on counsel for Plaintiffs: Anthony J. Costantini, Duane Morris LLP, 1540 Broadway, New York, NY 10036.

Duane Morris LLP

By: _____
Anthony J. Costantini
E-mail:  ajcostantini@duanemorris.com
Suzan Jo (4500468)
E-mail:  sjo@duanemorris.com
Kevin P. Potere
E-mail:  kppotere@duanemorris.com

1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

Attorneys for Plaintiffs

Dated: February 12, 2015

---

[1] Two of the plaintiffs, Italia Camato and Massimo Bettoni, do not hold any bonds issued pursuant to the 1994 FAA, and are therefore not part of this Motion.